ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (800) 616-9325
Facsimile: (800) 616-9325
Email: alec@hush.com

Attorneys for Plaintiff
ADAM GORDON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GORDON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION LLC,<br><br>　　　　Defendant. | Case No: 2:24-cv-03533<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Adam Gordon hereby complains against defendant Trans Union LLC ("Trans Union"), and alleges as follows:

## OPERATIVE FACTS

1. In 2019, plaintiff personally guaranteed a loan from the Small Business Administration ("SBA").  Plaintiff fell upon hard financial times, and filed for Chapter 7 bankruptcy protection in the Northern District of California.  Plaintiff included the SBA loan account in his bankruptcy filing.

2. The bankruptcy court entered an order of discharge, which included the SBA loan account, on February 15, 2023.  Thereafter, the SBA continued to report inaccurately to Trans Union that plaintiff owed money on the SBA account, that it was past due in an amount over $190,000, that it was in collections, and not discharged in bankruptcy. Trans Union parroted this false information on plaintiff's credit reports, even though Trans Union was aware of the bankruptcy discharge and in fact noted the bankruptcy in the public records section of plaintiff's credit report. The bankruptcy petition and the order of discharge were matters of public record.

3. Plaintiff initiated multiple requests to Trans Union to investigate the SBA account and correct it to reflect a zero balance and as discharged in bankruptcy.  In response to these requests, Trans Union did not conduct reasonable investigations to determine whether the disputed information was inaccurate, did not record the current status of the disputed information, and did not delete the account or the inaccurate information from plaintiff's credit file.

4. In preparing plaintiff's consumer credit reports, defendant Trans Union did not follow reasonable procedures to assure the maximum possible accuracy of the information it was compiling or providing about plaintiff.

5. On or about February 8, 2024, plaintiff initiated another dispute with Trans Union, asking it to investigate again, and update the SBA account on his credit report to reflect a zero balance owing and as discharged in bankruptcy. Plaintiff requested that if Trans Union refused to make the requested changes, it

1

COMPLAINT

should place a statement of less than 100 words, which plaintiff provided, on plaintiff's credit report, explaining that the account was not owed due to bankruptcy. Once again, Trans Union failed to perform a reasonable investigation. Trans Union informed plaintiff that the account was verified as accurate, and would remain on his credit report without any notation of being discharged in bankruptcy. Trans Union failed to place the requested 100 word statement on plaintiff's credit report.

6. As of today, the SBA account still appears on plaintiff's Trans Union credit report with a balance of over $190,000, as a past due collection account, with no notation of the bankruptcy discharge, and without plaintiff's 100 word statement.

## JURISDICTION AND VENUE

7. The court has original jurisdiction over this matter pursuant to 15 U.S.C. § 1681p.

8. Venue is proper in the Central District of California because defendant Trans Union resides in, and is subject to personal jurisdiction in, this district.

## PARTIES

9. Plaintiff is a natural person over the age of 18 years and is a resident of the state of California.

10. Defendant Trans Union LLC is a Delaware limited liability company with its principal place of business located in Chicago, Illinois.

## FIRST CAUSE OF ACTION
### (For Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.).

11. Plaintiff realleges and incorporates herein by reference the allegations of all paragraphs above.

12. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). Defendant Trans Union is a "consumer reporting agency" as defined at 15 U.S.C. § 1681a(f).

13. Defendant Trans Union violated 15 U.S.C. § 1681e(b), as alleged

above.

14. Defendant Trans Union violated 15 U.S.C. § 1681i(a), as alleged above.

15. Defendant Trans Union violated 15 U.S.C. § 1681i(c), as alleged above.

16. Defendant's violations were willful.

17. In the alternative, defendant's violations were negligent.

18. Plaintiff has suffered actual damages as a result of defendant's violations. Plaintiff is entitled to recover his actual damages pursuant to 15 U.S.C. §§ 1681n and 1681o.

19. Plaintiff is entitled to actual damages or damages of between $100 and $1000, whichever is greater, pursuant to 15 U.S.C. § 1681n(a)(1)(A).

20. Plaintiff is entitled to recover punitive damages pursuant to 15 U.S.C. § 1681n.

21. Plaintiff is entitled to recover the costs of the action, together with a reasonable attorneys fee, pursuant to 15 U.S.C. §§ 1681n and 1681o.

WHEREFORE, plaintiff prays for relief as set forth below.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for the following relief:

1. For actual damages;

2. For statutory damages;

3. For punitive damages;

4. For pre-judgment interest to the extent permitted by law;

5. For an award of attorneys' fees, costs and expenses incurred in the investigation, filing and prosecution of this action; and

6. For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury under the United States and California constitutions.

Dated: April 30, 2024          Respectfully Submitted,

TRUEBLOOD LAW FIRM

By:     /s/
Alexander B. Trueblood

Attorneys for Plaintiff
ADAM GORDON

4